

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

```
Alexander B. Kitano, pro se,      :
Prison Reg. No. 80362-011         :
United States Penitentiary        :   Case No. 05-00019
P. O. Box 1000                    :
Lewisburg, PA  17837-1000,        :
                                  :
            PETITIONER,           :
                                  :
    Vs.                           :
                                  :
Designated Judge,                 :
Superior Court of Guam,           :
Case No. SP0236-04,               :
                                  :
            RESPONDENT.           :
```

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Petitioner Alexander B. Kitano, pro se, humbly requests this Court to grant his leave to file the attached Petition for Writ of Mandamus without prepayment of costs and to proceed *in forma pauperis*. A declaration in support is attached.

Alexander B. Kitano, pro se,
Prison Reg. No. 80362-011
United States Penitentiary
P. O. Box 1000
Lewisburg, PA  17837-1000.

# United States District Court

_____ DISTRICT OF _____

Alexander B. Kitano,
Prison Reg. No. 80362-011

V.

Designated Judge,
Superior Court of Guam,
Case No. SP0236-04

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

I, __Alexander B. Kitano, pro se,__ declare that I am the *(check appropriate box)*

- ☐ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☒ __Petition for Writ of Mandamus__ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☒   No ☐

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   $5.25 monthly (prison library/USP Lewisburg).

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?   Yes ☐   No ☒
   e. Any other sources?   Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

*See attached copy of Prison Account Sheet.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   N/A

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/20/05___
         (Date)                                   Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 5.82 on account to his credit at the UNITED STATES PENITENTIARY, LEWISBURG PENNSYLVANIA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: -NONE-

I further certify that during the last six months the applicant's average balance was $ 15.66

K. WEBER, INMATE ACCOUNTS
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____         _____  _____
   United States Judge    Date            United States Judge     Date
                                             or Magistrate

A05-0095

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Limited Official Use

## General Information

| | | | |
|---|---|---|---|
| Start Date: 10/01/2004 | | Living Quarters: | I02-211L |
| End Date: 09/30/2005 | | Arrived From: | |
| Inmate Reg#: 80362011 | | Transferred To: | |
| Inmate Name: KITANO, ALEXANDER BLANCO | | Account Creation Date: | 3/15/2002 |
| Current Site Name: Lewisburg USP | | | |
| Housing Unit: UNIT 3 | | | |
| Account Status: All | | | |
| Institution: All | | | |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 10/04/2004 09:07:44 AM | 4JV125 | 48 | | Payroll - IPP | $32.95 | | $318.96 |
| LEW | 10/05/2004 11:21:38 AM | | | | Donation | ($15.00) | | $303.96 |
| LEW | 10/12/2004 06:47:13 PM | 85 | | | Sales | ($149.90) | | $154.06 |
| LEW | 10/12/2004 06:50:09 PM | 86 | | | Sales | ($31.20) | | $122.86 |
| LEW | 10/13/2004 06:31:03 PM | ITS1013 | | | ITS Withdrawal | ($10.00) | | $112.86 |
| LEW | 10/18/2004 05:29:52 PM | 41 | | | Sales | ($29.75) | | $83.11 |
| LEW | 10/18/2004 05:31:06 PM | 42 | | | Sales | ($1.90) | | $81.21 |
| LEW | 10/21/2004 06:00:14 PM | ITS1021 | | | ITS Withdrawal | ($1.00) | | $80.21 |
| LEW | 10/24/2004 09:08:01 PM | ITS1024 | | | ITS Withdrawal | ($6.00) | | $74.21 |
| LEW | 10/25/2004 02:49:56 PM | 1378 | | 568092 | Local Collections | $40.00 | | $114.21 |
| LEW | 10/25/2004 06:51:39 PM | 84 | | | Sales | ($65.70) | | $48.51 |
| LEW | 10/25/2004 08:55:10 PM | ITS1025 | | | ITS Withdrawal | ($4.00) | | $44.51 |
| LEW | 11/01/2004 05:30:19 PM | 32 | | | Sales | ($20.00) | | $24.51 |
| LEW | 11/02/2004 08:50:49 AM | 5JV003 | | | Payroll - IPP | $10.03 | | $34.54 |
| LEW | 11/02/2004 08:50:49 AM | 5JV003 | | | Payroll - IPP | $5.25 | | $39.79 |
| LEW | 11/02/2004 09:40:38 PM | ITS1102 | | | ITS Withdrawal | ($9.00) | | $30.79 |
| LEW | 11/05/2004 06:17:12 PM | ITS1105 | | | ITS Withdrawal | ($10.00) | | $20.79 |
| LEW | 11/09/2004 08:58:47 PM | ITS1109 | | | ITS Withdrawal | ($5.00) | | $15.79 |
| LEW | 11/12/2004 09:17:18 PM | ITS1112 | | | ITS Withdrawal | ($10.00) | | $5.79 |
| LEW | 11/15/2004 07:38:54 PM | ITS1115 | | | ITS Withdrawal | ($5.00) | | $0.79 |
| LEW | 11/25/2004 05:19:37 AM | 70120805 | | | Lockbox - CD | $25.00 | | $25.79 |

# Federal Bureau of Prisons
# TRUFACS
# Inmate Statement
Limited Official Use

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 80362011 | Living Quarters: | I02-211L |
| Inmate Name: | KITANO, ALEXANDER BLANCO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 3/15/2002 |

## Transaction Details

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 11/27/2004 08:40:23 PM | ITS1127 | | | ITS Withdrawal | ($6.00) | | $19.79 |
| LEW | 12/02/2004 08:55:17 AM | 5JV014 | | | Payroll - IPP | $5.25 | | $25.04 |
| LEW | 12/02/2004 03:27:18 PM | | | | Donation | ($10.00) | | $15.04 |
| LEW | 12/05/2004 08:26:58 PM | ITS1205 | | | ITS Withdrawal | ($5.00) | | $10.04 |
| LEW | 12/10/2004 04:58:49 PM | ITS1210 | | | ITS Withdrawal | ($5.00) | | $5.04 |
| LEW | 12/21/2004 04:41:59 PM | 44 | | | Sales | ($2.00) | | $3.04 |
| LEW | 12/23/2004 07:43:23 PM | ITS1223 | | | ITS Withdrawal | ($3.00) | | $0.04 |
| LEW | 01/03/2005 10:23:57 AM | 5JV026 | | | Payroll - IPP | $21.60 | | $21.64 |
| LEW | 01/03/2005 05:12:44 PM | ITS0103 | | | ITS Withdrawal | ($3.00) | | $18.64 |
| LEW | 01/04/2005 05:08:47 PM | 49 | | | Sales | ($7.90) | | $10.74 |
| LEW | 01/04/2005 05:26:45 PM | ITS0104 | | | ITS Withdrawal | ($5.00) | | $5.74 |
| LEW | 01/10/2005 09:40:04 AM | 70123903 | | | Lockbox - CD | $40.00 | | $45.74 |
| LEW | 01/10/2005 05:31:40 PM | ITS0110 | | | ITS Withdrawal | ($2.00) | | $43.74 |
| LEW | 01/11/2005 08:06:07 PM | ITS0111 | | | ITS Withdrawal | ($5.00) | | $38.74 |
| LEW | 01/11/2005 09:18:09 PM | ITS0111 | | | ITS Withdrawal | ($3.00) | | $35.74 |
| LEW | 01/13/2005 07:17:59 PM | ITS0113 | | | ITS Withdrawal | ($6.00) | | $29.74 |
| LEW | 01/15/2005 06:18:10 PM | ITS0115 | | | ITS Withdrawal | ($6.00) | | $23.74 |
| LEW | 01/16/2005 09:13:05 PM | ITS0116 | | | ITS Withdrawal | ($3.00) | | $20.74 |
| LEW | 01/18/2005 09:08:31 PM | ITS0118 | | | ITS Withdrawal | ($2.00) | | $18.74 |
| LEW | 01/19/2005 05:37:49 PM | ITS0119 | | | ITS Withdrawal | ($5.00) | | $13.74 |
| LEW | 01/19/2005 09:10:11 PM | ITS0119 | | | ITS Withdrawal | ($3.00) | | $10.74 |
| LEW | 01/22/2005 03:01:59 PM | ITS0122 | | | ITS Withdrawal | ($6.00) | | $4.74 |
| LEW | 01/26/2005 05:05:53 PM | ITS0126 | | | ITS Withdrawal | ($4.00) | | $0.74 |
| LEW | 02/02/2005 08:19:58 AM | 5JV040 | 607 | | Payroll - IPP | $22.32 | | $23.06 |
| LEW | 02/05/2005 08:52:19 PM | ITS0205 | | | ITS Withdrawal | ($1.00) | | $22.06 |
| LEW | 02/06/2005 08:47:39 PM | ITS0206 | | | ITS Withdrawal | ($3.00) | | $19.06 |
| LEW | 02/06/2005 09:31:50 PM | ITS0206 | | | ITS Withdrawal | ($2.00) | | $17.06 |
| LEW | 02/08/2005 06:27:13 PM | 64 | | | Sales | ($5.00) | | $12.06 |
| LEW | 02/08/2005 06:33:59 PM | ITS0208 | | | ITS Withdrawal | ($1.00) | | $11.06 |
| LEW | 02/08/2005 09:52:41 PM | ITS0208 | | | ITS Withdrawal | ($3.00) | | $8.06 |

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 80362011 | Living Quarters: | I02-211L |
| Inmate Name: | KITANO, ALEXANDER BLANCO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 3/15/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 02/10/2005 06:01:00 PM | ITS0210 | | | ITS Withdrawal | ($3.00) | | $5.06 |
| LEW | 02/21/2005 05:15:34 PM | ITS0221 | | | ITS Withdrawal | ($5.00) | | $0.06 |
| LEW | 03/02/2005 09:20:36 AM | 5JV044 | | | Payroll - IPP | $22.32 | | $22.38 |
| LEW | 03/02/2005 04:58:51 PM | ITS0302 | | | ITS Withdrawal | ($2.00) | | $20.38 |
| LEW | 03/08/2005 06:48:00 PM | ITS0308 | | | ITS Withdrawal | ($6.00) | | $14.38 |
| LEW | 03/11/2005 10:04:15 AM | | | 1576 | Donation | ($7.00) | | $7.38 |
| LEW | 03/17/2005 08:55:56 PM | ITS0317 | | | ITS Withdrawal | ($4.00) | | $3.38 |
| LEW | 03/22/2005 09:32:42 PM | ITS0322 | | | ITS Withdrawal | ($3.00) | | $0.38 |
| LEW | 04/04/2005 09:38:55 AM | 5JV052 | | | Payroll - IPP | $20.16 | | $20.54 |
| LEW | 04/04/2005 07:24:38 PM | 84 | | | Sales | ($12.95) | | $7.59 |
| LEW | 04/05/2005 06:15:56 AM | 70129801 | | | Lockbox - CD | $50.00 | | $57.59 |
| LEW | 04/05/2005 05:25:58 PM | ITS0405 | | | ITS Withdrawal | ($6.00) | | $51.59 |
| LEW | 04/16/2005 07:17:38 AM | ITS0416 | | | ITS Withdrawal | ($3.00) | | $48.59 |
| LEW | 04/18/2005 04:48:23 PM | 28 | | | Sales | ($29.45) | | $19.14 |
| LEW | 04/19/2005 08:53:59 PM | ITS0419 | | | ITS Withdrawal | ($4.00) | | $15.14 |
| LEW | 04/19/2005 09:42:50 PM | ITS0419 | | | ITS Withdrawal | ($3.00) | | $12.14 |
| LEW | 04/20/2005 07:38:21 PM | ITS0420 | | | ITS Withdrawal | ($2.00) | | $10.14 |
| LEW | 04/23/2005 03:15:40 PM | ITS0423 | | | ITS Withdrawal | ($4.00) | | $6.14 |
| LEW | 04/26/2005 09:16:57 PM | ITS0426 | | | ITS Withdrawal | ($6.00) | | $0.14 |
| LEW | 04/30/2005 05:40:45 AM | 70131701 | | | Lockbox - CD | $100.00 | | $100.14 |
| LEW | 04/30/2005 05:40:49 AM | 70131701 | | | Lockbox - CD | $50.00 | | $150.14 |
| LEW | 04/30/2005 08:35:37 PM | ITS0430 | | | ITS Withdrawal | ($6.00) | | $144.14 |
| LEW | 05/02/2005 11:31:35 AM | 5JV061 | | | Payroll - IPP | $14.88 | | $159.02 |
| LEW | 05/02/2005 05:02:05 PM | 30 | | | Sales | ($61.70) | | $97.32 |
| LEW | 05/03/2005 09:04:55 AM | | | 1944 | Donation | ($5.00) | | $92.32 |
| LEW | 05/03/2005 04:25:01 PM | 4 | | | Sales | ($5.00) | | $87.32 |
| LEW | 05/04/2005 09:37:48 PM | ITS0504 | | | ITS Withdrawal | ($5.00) | | $82.32 |
| LEW | 05/08/2005 03:43:15 PM | ITS0508 | | | ITS Withdrawal | ($2.00) | | $80.32 |
| LEW | 05/09/2005 04:33:12 PM | 6 | | | Sales | ($61.50) | | $18.82 |
| LEW | 05/11/2005 10:36:34 AM | | | 2062 | Donation | ($10.00) | | $8.82 |

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 80362011 | Living Quarters: | I02-211L |
| Inmate Name: | KITANO, ALEXANDER BLANCO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 3/15/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| LEW | 05/11/2005 04:30:37 PM | ITS0511 | | ITS Withdrawal | ($3.00) | | $5.82 |
| **Total Transactions:** | **82** | | | **Totals:** | **($280.19)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $5.82 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.82 |
| **Totals:** | **$5.82** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$5.82** |