FILED
DISTRICT COURT OF GUAM
JUN 13 2005
MARY L.M. MORAN
CLERK OF COURT

# CERTIFICATE OF SERVICE

I, Alexander B. Kitano/80362-011, hereby certify that I have served a true and correct copy of the foregoing: Petition for a Writ of Mandamus; Declaration in support for a Writ of Mandamus; Motion to Proceed In Forma Pauperis and Declaration in Support; and Exhibits.



05-00019

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

ATTN: CLERK of COURT, Mary L. Michels,
U.S. District Court
District of Guam
U.S. Courthouse, 4th Floor,
520 West Soledad Avenue
Hagåtna, Guam 96910

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this 27TH day of MAY 2005.

Respectfully Submitted,

REG. NO. 80362-011