

FILED
DISTRICT COURT OF GUAM
JUL 26 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF   G U A M

United States of America,

vs.   Case No. 05—00019

Alexander Blanco Kitano
Defendant.

## NOTICE OF APPEAL

Defendant hereby notifies this Court of his intent to appeal the decision entered against him on **July 7, 2005.** (date).

## CERTIFICATE OF SERVICE

Defendant hereby confirms that a copy of this Notice was sent to the Assistant United States Attorney, Suite 500, 108 Hernan Cortez St., Hagatna, GU 96910 (address) by regular U.S. Mail, on this the 20th day of July, 2005.