**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**



FILED
DISTRICT COURT OF GUAM
AUG -2 2005
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| ALEXANDER BLANCO KITANO,<br><br>Petitioner,<br><br>vs.<br><br>DESIGNATED JUDGE,<br>Superior Court of Guam<br>Case No. SP0236-04<br><br>Respondent. | Civil Case No. 05-00019<br><br><br><br>ERRATA |

Wherein the Order of July 7, 2005 re-captioned the matter to Alexander Blanco Kitano v. United States of America, the Court hereby amends the Order to reflect the original caption as it was filed in the Petitioner's application for Writ of Mandamus (Alexander Blanco Kitano v. Designated Judge, Superior Court of Guam). In all other respects the Order remains unchanged.

**IT IS SO ORDERED** this __/__ day of August, 2005.

_____
**Consuelo B. Marshall***
**United States Chief District Judge**

---

* The Honorable Consuelo B. Marshall, United States Chief District Judge for Central California, by designation