# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Alexander B. Kitano,** | |
| Plaintiff, | |
| vs. | **Case No: 1:05-cv-00019** |
| **Designated Judge (Name Unknown), Superior Court of Guam, etc.,** | |
| Defendant. | |

The following entities were served by first class mail on August 2, 2005:

    Alexander B. Kitano

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Order re Errata signed on 8/2/2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 2, 2005                                                              /s/ Shirlene A. Ishizu
                                                                                               Deputy Clerk