Alexander B. Kitano
Prison Reg. No. 80362-011
United States Penitentiary
P. O. Box 1000
Lewisburg, PA 17837-1000



**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

ATTN: Clerk of Court,
Mary L. Michels
U.S. District Court
District of Guam
520 W. Soledad Ave., 2nd Fl.
Hagåtna, Guam 96910

July 27, 2005.

**Re: WITHDRAWAL of Notice of Appeal on CV05-00019 Order.**

Dear Clerk of Court:

I am cordially requesting to withdraw the Notice of Appeal, filed and dated July 7, 2005, on CV05-00019 Order, sent to this Court.

Thanking this Honorable Court and the Clerk of Court for accepting this correspondence request in the matter at hand.

I, Alexander B. Kitano, declare under the pains and penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this day 27th of July, 2005.

_____ #80362-011
Signature of Requestee

**RECEIVED**
AUG - 2 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM