| | |
|---|---|
| Alexander Blanco Kitano, pro se, Prison Reg. No. 80362-011,<br>        PETITIONER,<br><br>vs.<br><br>Designated Judge, Superior Court of Guam, Case No. SP0236-04,<br>        RESPONDENT. | Civil Case No. 05-00019<br><br>**FILED**<br>DISTRICT COURT OF GUAM<br><br>AUG 15 2005<br><br>MARY L.M. MORAN<br>CLERK OF COURT |

## MOTION TO DISMISS NOTICE OF APPEAL

## APPLICATION FOR WRIT OF MANDAMUS, CIVIL CASE NO. 05-00019

NOW COMES FORTH Petitioner Alexander Blanco Kitano, acting pro se, respectfully moves this Honorable Court to dismiss the Notice of Appeal filed on July 26, 2005, application for writ of mandamus.

I, Alexander Blanco Kitano, declare under the pains and penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this ____ day of _____, 2005.

Respectfully submitted,

_____
Alexander B. Kitano, pro se,
Prison Reg No. 80362-011

# CERTIFICATE OF SERVICE

I, __Alexander B. Kitano__, hereby certify that I have served a true and correct copy of the foregoing:

    Motion to Dismiss Notice of Appeal Application for Writ of Mandamus, Civil Case No. 05-00019.

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

    Clerk of Court
    Superior Court of Guam
    Guam Judicial Center
    120 West O'Brien Drive
    Hagåtna, Guam 96910

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this _____ day of _____,

Respectfully Submitted,

REG. NO. __80362-011__