UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 14 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ALEXANDER BLANCO KITANO, | No. 05-16602 |
|---|---|
| Petitioner - Appellant, | D.C. No. CV-05-00019-RMT |
| v. | District of Guam, Agana |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent - Appellee. | |

**FILED**
DISTRICT COURT OF GUAM
SEP 19 2005
MARY L.M. MORAN
CLERK OF COURT

Petitioner's motion for voluntary dismissal of the case under Fed. R. App. P. 42(b) is granted.

A certified copy of this order sent to the agency shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27 and Ninth Circuit 27-10

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 14 2005

by Deputy Clerk

pro 9.12