# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Alexander B. Kitano, | Case No. 1:05-cv-00019 |
| Petitioner - Appellant, | |
| vs. | |
| Designated Judge (Name Unknown), Superior Court of Guam, etc., | **CERTIFICATE OF SERVICE** |
| Respondent – Appellee . | |

The following office(s)/individual(s) acknowledged receipt of the *Order from United States Court of Appeals for the 9th Circuit filed September 19, 2005* on the dates indicated below:

*Office of the United States Attorney*
*9/22/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order from United States Court of Appeals for the 9th Circuit filed September 19, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005         /s/ Shirlene A. Ishizu
                                     Deputy Clerk