# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| **Alexander B. Kitano,** | |
| Petitioner – Appellant, | |
| vs. | **Case No: 1:05-cv-00019** |
| **Designated Judge (Name Unknown), Superior Court of Guam, etc.,** | |
| Respondents – Appellee. | **CERTIFICATE OF SERVICE** |

The following individual was served by first class mail on September 23, 2005:

*Alexander Blanco Kitano*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*Order from United States Court of Appeals for the Ninth Circuit filed September 19, 2005*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 23, 2005        /s/ Shirlene A. Ishizu
                                    Deputy Clerk